STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.bennett@usdoj.gov

Attorneys for United States of America

**FILED**
Aug 11 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-0301-2 JST |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| LEVYONNE IGNACIO-BOOTH, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Levyonne Ignacio-Booth.

DATED: August 9, 2021

                                                        Respectfully submitted,

                                                        STEPHANIE M. HINDS
                                                        Acting United States Attorney

                                                        *Thomas A. Colthurst*

                                                        THOMAS A. COLTHURST
                                                        Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 20-0301-2 JST                                                                              v. 8/4/2021

1   Leave is granted to the government to dismiss the indictment against Levyonne Ignacio-Booth.

4   Date: August 11, 2021

_____
HON. JON S. TIGAR
United States District Judge